**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

Attorneys for Plaintiff
NATIONAL AUSTRALIA BANK LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

National Australia Bank Ltd.,

Plaintiff,

vs.

Google Inc.,

Defendant.

Case No.

**COMPLAINT FOR CONVERSION, REPLEVIN, AND DECLARATORY RELIEF**

***FILED UNDER SEAL***

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Plaintiff National Australia Bank Ltd. ("NAB" or "the Bank"), by and through its attorneys Sidley Austin LLP, hereby submits the following Complaint for Conversion, Replevin, and Declaratory Relief against Defendant Google Inc. ("Google"), and in support thereof, states and alleges as follows:

## INTRODUCTION

1. NAB is one of the largest financial services institutions in Australia. For over 150 years, NAB has provided financial services to large and small businesses as well as individual consumers. Today over 35,000 NAB employees serve over ten million clients at locations in Australia and around the world.



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

[redacted]

## THE PARTIES

6. NAB is an Australian corporation with its principal place of business in Melbourne, Australia.

7. Upon information and belief, Defendant Google is a Delaware corporation with its principal place of business in Mountain View, California.

## JURISDICTION

8. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 on the grounds that the amount in controversy exceeds $75,000, exclusive of interest and costs, and the controversy is between a citizen of California and citizen of Australia. For purposes of diversity, the NAB is an Australian corporation with its principal place of business in Melbourne, Australia, and upon information and belief, Google is a Delaware Corporation with its principal place of business is in California.

9. This Court may exercise personal jurisdiction over Google because, among other things, Google's principal place of business is in California and in this District.

10. [redacted] Thus, NAB requests that the Court also exercise *in rem* and *quasi in rem* jurisdiction over Google based on the property owned within this judicial district.

11. Venue is proper in this District under 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

**NAB**

12. NAB is a well-established Australian bank with a corporate history that spans over 150 years. It is now the third largest bank in Australia, and the forty-ninth largest bank in the world

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

based on total assets.[1] NAB is a recognized brand, operating thousands of branches, service centers, and ATMs across Australia, New Zealand, and Asia that serve over ten million customers.

[1] *See* http://www.relbanks.com/worlds-top-banks/assets.

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



**Google**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

[redacted]

**Resolution**

[redacted]

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**COUNT I**

**Conversion**

42. NAB incorporates by reference the foregoing paragraphs 1-37 as if fully set forth herein.

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

48. [redacted]

**<u>COUNT II</u>**

**Replevin**

49. NAB incorporates by reference the foregoing paragraphs 1-37 as if fully set forth herein.

[redacted]

[redacted]

[redacted]

[redacted]

**<u>COUNT III</u>**

**Declaratory Relief**

54. NAB incorporates by reference the foregoing paragraphs 1-37 as if fully set forth herein.

[redacted]

[redacted]

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

[redacted]

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff NAB prays that judgment be entered in its favor on the claims asserted herein and that it be awarded the following relief:

[redacted]

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

63. Any other and further relief the Court deems just and proper under the circumstances.

Dated: December 6, 2016

SIDLEY AUSTIN LLP

By: */s/ Ryan M. Sandrock*

Ryan M. Sandrock, SBN 251781
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

ATTORNEYS FOR PLAINTIFF
NATIONAL AUSTRALIA BANK LTD.