**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1  Ryan M. Sandrock, SBN 251781
   rsandrock@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street
3  Suite 2000
   San Francisco, California  94104
4  Telephone:  +1 415 772-1200
   Facsimile:  +1 415 772-7400
5
   Attorneys for Plaintiff
6  NATIONAL AUSTRALIA BANK LTD.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 National Australia Bank Ltd.,          )  Case No. 5:16-cv-06995
                                          )
12              Plaintiff,                )
                                          )
                                          )  **MOTION FOR PRELIMINARY**
13 vs.                                    )  **INJUNCTION**
                                          )
14                                        )  *FILED UNDER SEAL*
   Google Inc.,                           )
15                                        )
                Defendant.                )
16 _____)

17

18

19

20

21

22

23

24

25

26

27

28

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Plaintiff National Australia Bank Ltd. ("NAB" or "the Bank"), by and through its attorneys Sidley Austin LLP, hereby moves for a preliminary injunction against Defendant Google Inc. ("Google"), so that Google can cooperate in recovering certain misdirected emails that may contain private personal information while maintaining compliance with the Stored Communications Act.

**INTRODUCTION**

NAB is one of the largest financial services institutions in Australia.  For over 150 years, NAB has provided financial services to large and small businesses as well as individual consumers. Today over 35,000 NAB employees serve over ten million clients at locations in Australia and around the world.

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



I.    **FACTUAL BACKGROUND**

   A.

MOTION FOR PRELIMINARY INJUNCTION

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



MOTION FOR PRELIMINARY INJUNCTION

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



MOTION FOR PRELIMINARY INJUNCTION

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

## II. ARGUMENT

### A. Legal Standard

The Ninth Circuit applies the four-factor *Winter* test in determining a preliminary injunction motion. *See Sierra Forest Legacy v. Rey*, 577 F.3d 1015 (9th Cir. 2009). In order to obtain injunctive relief, a plaintiff must show (1) a likelihood of success on the merits;[1] (2) that the plaintiff would suffer irreparable harm absent injunctive relief; (3) that the balance of equities tips in the Plaintiff's favor; and (4) that an injunction is in the public interest. *Flexible Lifeline Sys., Inc. v. Precision Lift, Inc.*, 654 F.3d 989, 994 (9th Cir. 2011); *Winter v. Natural Resources Defense Council, Inc.,* 129 S. Ct. 365, 376-377 (2008). These elements are balanced, such that a stronger showing of one may offset a weaker showing of another. *Lopez v. Brewer*, 680 F.3d 1068, 1072 (9th Cir. 2012). Here, each element points—and points strongly—to the necessity for a preliminary injunction.

---

[1] If a plaintiff can only demonstrate that "serious questions going to the merits" exist (a lesser showing than likelihood of success on the merits), a preliminary injunction may still issue if the "balance of hardships tips sharply in favor of an injunction and the other two factors are met." *Alliance for the Wild Rockies v. Cottrell,* 632 F.3d 1127, 1135 (9th Cir. 2011).

6

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



Dated: December 6, 2016

SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock
    Ryan M. Sandrock, SBN 251781
    rsandrock@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street
    Suite 2000
    San Francisco, California 94104
    Telephone: +1 415 772-1200
    Facsimile: +1 415 772-7400

    Attorneys for Plaintiff
    NATIONAL AUSTRALIA BANK LTD.